

Jonathan J. Greystone
sgrvlaw.com
Direct Dial Number
P 215.241.8927
Direct Fax Number
F 215.531.9140
jgreystone@sgrvlaw.com

Philadelphia Office
Seven Penn Center
1635 Market Street
7th floor
Philadelphia, PA 19103
P 215.241.8888
F 215.241.8844

New York Office
One Penn Plaza
36th Floor
New York, NY 10119
P 212.786.7394

Admitted to practice:
Pennsylvania
and New York

March 16, 2020

**SO ORDERED**

*The initial conference scheduled for March 17, 2020 is adjourned to April 21, 2020 at 9:45 a.m.*

*George B. Daniels*

**VIA ECF**
The Honorable George B. Daniels
United States District Court
  For the Southern District of New York
500 Pearl Street, Courtroom 11A
New York, NY 10007-1312

MAR 1 6 2020

Re: **Mohammad Hossain v. Mohammed Faruk**
**U.S.D.C. – S.D. of NY; Civil Action No. 1:19-cv-11264-GBD**
**Our File No. 61390-052**

Dear Judge Daniels:

Please be advised the undersigned represents Defendant, Mohammed Faruk, in connection with the above-referenced matter. This matter was scheduled for an Initial Pretrial Conference before Your Honor to be held on Tuesday, March 17, 2020 at 9:30 a.m. at the United States District Courthouse, 500 Pearl Street, Courtroom 11A, New York, NY 10007. The Center for Disease Control and Prevention has advised people to take precautions in light of the COVID-19 Virus outbreak including limiting travel. I reside and work primarily in Philadelphia. In order for me to attend the scheduled Initial Pretrial Conference tomorrow morning, I would need to travel on Amtrak from Philadelphia's 30th Street Station to New York's Penn Station then travel on the New York Metro Subway System to Chambers Street in order to reach the United States District Court for the Southern District of New York Courthouse. Then return to Philadelphia taking the same route of travel upon completion of the Initial Pretrial Conference. Under the circumstances of the current Corona Virus outbreak, I respectfully request that the Initial Pretrial Conference scheduled for Tuesday, March 17, 2020 be adjourned to April 21, 2020. No previous request for adjournment or extension has been made in the instant case. I have contacted opposing counsel, Matthew Sakkas, Esquire, who consents to the adjournment as well as to the date of April 21, 2020 to hold the Initial Pretrial Conference before Your Honor if Your Honor's calendar permits.

Thank You for Your consideration of the foregoing.

March 16, 2020
Page 2

                                              Respectfully submitted,

                                          **JONATHAN J. GREYSTONE**

JJG/jg
Enclosure
Cc: Matthew Sakkas, Esquire (via email)