USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 6 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

MOHAMMAD HOSSAIN,

                Plaintiff,

-against-

MOHAMMED FARUK,

                Defendant.

------------------------------------x

ORDER

19 Civ. 11264 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 21, 2020 conference is adjourned to June 23, 2020 at 9:45 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge