UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

MOHAMMAD HOSSAIN,

                         Plaintiff,

    -against-

MOHAMMED FARUK,

                        Defendant.

------------------------------------------------------------------x

ORDER

19 Civ. 11264 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The May 19, 2020 conference is adjourned to July 14, 2020 at 9:45 a.m.

Dated: New York, New York
       May 5, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge